FILED

05/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0134

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0134

IN THE MATTER OF

C.H.,

A Youth In Need of Care

**ORDER**

Upon consideration of Appellant's second motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 21, 2024, within which to prepare, file, and serve Appellant's opening brief on appeal.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 16 2024